UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nickole Steger,<br><br>                    Plaintiff,<br>v.<br><br>Continental Finance Company, LLC; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.: _____<br><br><br><br>COMPLAINT |

For this Complaint, the Plaintiff, Nickole Steger, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. The Plaintiff, Nickole Steger ("Plaintiff"), is an adult individual residing in Philadelphia, Pennsylvania and is a "person" as defined by 47 U.S.C. § 153(39).

4. The Defendant, Continental Finance Company, LLC ("Continental"), is a Delaware business entity with an address of 121 Continental Drive, Suite 108, Newark, Delaware 19713, and is a "person" as defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual collectors employed by Continental and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Continental at all times acted by and through one or more of the Agents.

## FACTS

7. In or around April 2015, Continental started calling Plaintiff's cellular telephone, number 215-xxx-9274, in an attempt to collect a consumer debt allegedly owed by Plaintiff.

8. At all times mentioned herein, Continental contacted Plaintiff using an automated telephone dialer system ("ATDS" or "predictive dialer") and/or by using an artificial or prerecorded voice.

9. When Plaintiff answered Continental's calls, she heard a prerecorded message instructing Plaintiff to hold for the next available representative.

10. During a live conversation in April 2015, Plaintiff demanded that all calls to her cellular telephone cease immediately.

11. Thereafter, despite having been directed to cease communications, Continental continued placing automated calls to Plaintiff's cellular telephone an at excessive and harassing rate on a daily basis.

## COUNT I

## VIOLATIONS OF THE TCPA – 47 U.S.C. § 227, *ET SEQ.*

12. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. At all times mentioned herein and within the last four years, Defendants called Plaintiff on her cellular telephone using an ATDS or predictive dialer and/or by using a prerecorded or artificial voice.

14. Defendants continued to place automated calls to Plaintiff's cellular telephone after being directed by Plaintiff to cease calling and knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

15. The telephone number called by Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

16. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

17. Each of the aforementioned calls made by Defendants constitutes a violation of the TCPA.

18. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call placed in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

19. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against Defendants:

A. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

B. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

C. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: July 21, 2015

                           Respectfully submitted,

                           By *Jody B. Burton*

                           Jody B. Burton, Esq.
                           Bar No.: 71681
                           LEMBERG LAW, L.L.C.
                           1100 Summer Street, 3rd Floor
                           Stamford, CT 06905
                           Telephone: (203) 653-2250
                           Facsimile:  (203) 653-3424
                           Attorneys for Plaintiff