NITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Nickole Steger,<br><br>                           Plaintiff,<br>     v.<br><br>Continental Finance Company, LLC; and<br>DOES 1-10, inclusive,<br><br>                           Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.:  2:15-cv-04130-MAK<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached

a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary

dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.


Dated: February 8, 2016

                                                            Respectfully submitted,

                                                            PLAINTIFF, Nickole Steger

                                                            /s/ Jody B. Burton

                                                            Jody B. Burton, Esq.
                                                            Bar No.: 71681
                                                            **LEMBERG LAW, L.L.C.**
                                                            43 Danbury Road, 3rd
                                                            Wilton, CT 06897
                                                            Telephone: (203) 653-2250
                                                            Facsimile:  (203) 653-3424
                                                            jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jody B. Burton_____

Jody B. Burton